nation to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JOHN S. STUM, Respondent, v. RAY H. ARNOLD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JOHN A. STUM, Respondent, v. RAY H. ARNOLD, Appellant.— Order affirmed, with ten dollars costs and disbursements: No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JOHN A. STUM, Respondent, v. RAY H. ARNOLD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

BESSIE E. ARNOLD, Respondent, v. RAY H. ARNOLD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of PHILIP MONSANTO, Appellant, for a Certiorari Order against NEW YORK STATE ATHLETIC COMMISSION and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

CHARLOTTE LICHTMAN v. MICHAEL LICHTMAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PATRICK DE CARLO.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IROQUOIS FAMOUS INDIAN REMEDIES COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

NISSON GOLDBERG RUDKOWSKY v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

I. L. ROSENSTEIN, INC., v. THE BANK OF UNITED STATES and Others.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of DAVID KLEIN against A. B. PIPER Co., INC.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

KLARSON REALTY CORPORATION v. SARATON REALTY CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

MARTIN HORVATH, an Infant, etc., by IGNATZ HORVATH, His Guardian ad Litem, and IGNATZ HORVATH v. LEHIGH VALLEY RAILROAD COMPANY.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

MARTIN HORVATH, an Infant, by IGNATZ HORVATH, His Guardian ad Litem,